IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 17-31421-H1 |
| Dana Thompson | |
| | CHAPTER 13 |
| DEBTOR | |

### NOTICE OF SCHEDULE OF HOME MORTGAGE PAYMENTS

UNLESS AN OBJECTION IS FILED IN WRITING WITH THE CLERK OF THE COURT WITHIN 21 DAYS OF THE DATE ON WHICH THIS DOCUMENT WAS FILED AND SERVED, THE NOTICE OF SCHEDULE HOME MORTGAGE PAYMENTS WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT A HEARING AND WITHOUT FURTHER NOTICE.

Notice is hereby given that the following is a schedule of payments made to the mortgage company indicated below during the period beginning December 2021 and ending March 2022.

| Date | Check # | Mortgage Company | Amount |
|---|---|---|---|
| 12/01/2021 | 0829775 | US BANK TRUST NA | $1,423.80 |
| 01/03/2022 | 0831974 | US BANK TRUST NA | $1,423.80 |
| 02/01/2022 | 0834150 | US BANK TRUST NA | $1,423.80 |
| 03/01/2022 | 0836232 | US BANK TRUST NA | $1,423.80 |

**RESPECTFULLY SUBMITTED,**

/s/David G. Peake
David G. Peake, Trustee
Admissions ID No. 15679500
9660 Hillcroft, Ste 430
Houston, TX  77096
(713)283-5400 Telephone
(713)852-9084 Facsimile

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on March 03, 2022, either electronically or via BNC or U.S. First Class Mail.

Dana Thompson
6415 Brazos Meadow Lane
Richmond, TX  77469

BURGER LAW FIRM
JOHN V. BURGER
4151 SOUTHWEST FRWY #680
HOUSTON, TX  77027

US BANK TRUST NA
RUSHMORE LOAN MANAGEMENT SERVICES
PO BOX 52708
IRVINE, CA  92619

/s/David G. Peake
David G. Peake, Trustee